# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0947
LT Case No. 05-1997-CF-023932-A

———————————————

DANIEL TAYLOR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Daniel Taylor, Century, pro se.

No Appearance for Appellee.

August 14, 2026

WALLIS, J.

On June 11, 2026, this Court ordered Appellant to respond within 30 days showing cause as to why he should not be prohibited from filing any further appeal, petition, pleading or motion pertaining to the conviction and sentence rendered in Eighteenth Judicial Circuit, in and for Brevard County, Case No. 05-1997-CF-023932-A, unless reviewed and signed by an attorney licensed to practice in the State of Florida. *See State v. Spencer,*

751 So. 2d 47 (Fla. 1999). Appellant has not provided a response to the June 11th order.

Appellant's failure to comply with our pending order confirms his abuse of this Court's process. Therefore, in order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning the above referenced case. Any further filings regarding the referenced case will be summarily rejected by the Clerk, unless filed by a member in good standing of the Florida Bar. *See Isley v. State*, 652 So. 2d 409, 410 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2018); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

APPELLANT PROHIBITED.

LAMBERT and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————